# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK D. LONG, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-2239 |
| v. | : | (JUDGE MANNION) |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant | : | |

FILED
SCRANTON
APR 2 6 2018
PER _____
DEPUTY CLERK

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) the decision of the Commissioner of Social Security denying the plaintiff's application for DIB benefits is **VACATED**;

(2) the plaintiff's appeal of the Commissioner's decision, **(Doc. 1)**, is **GRANTED**;

(3) the instant action is **REMANDED** to the Commissioner for further proceedings consistent with the court's memorandum pursuant to sentence four of 42 U.S.C. §405(g); and

(4) the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 26, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-2239-01-ORDER.wpd